IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENADA T. ROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   20-cv-612-RJD |
| ) | |
| COMMISSIONER of SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**DALY, Magistrate Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner (Doc. 26).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).   A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order.   *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *see also Perlman v. Swiss Bank Corp. Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).   Upon a sentence four remand, judgment should be entered in favor of plaintiff.   *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, the ALJ will: "(1) evaluate the Plaintiff's residual functional capacity; (2) evaluate the medical opinions of record; (3) if necessary, obtain new vocational expert testimony; (4) offer the Plaintiff an opportunity for a hearing; and (5) issue a new decision."

Plaintiff applied for disability benefits in February 2017 (Tr. 13).   While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion to Remand (Doc. 26) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED: January 7, 2021**

*s/ Reona J. Daly*
**Hon. Reona J. Daly
United States Magistrate Judge**